1  RICHARD ZIEMAN (CSB 230832)
   254 MILLER AVE., SUITE A
2  MILL VALLEY, CA 94942-1739
   Telephone: (415) 388-3800
3  Facsimile: (415) 388-1060
   Email:  Zieman@ssalawca.com
4  Attorney for Plaintiff

5

6

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
10

11

12 | JERRY LEE BRYANT              ) Case No.: CV-07-06362 JSW
                   Plaintiff,      )
13                                 ) STIPULATION AND ORDER EXTENDING
         vs.                       ) PLAINTIFF'S TIME TO SUBMIT MOTION
14                                 ) FOR SUMMARY JUDGMENT OR
   MICHAEL J. ASTRUE,              ) REMAND.
15                                 )
   Commissioner of Social Security )
16                                 )
                   Defendant       )
17

18
        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
19
   approval of the Court, that Plaintiff may have an extension of 30 days in which to file Plaintiff's
20
   Motion for Summary Judgment.  Plaintiff's received defendant's Answer on April 2, 2008, and
21
   Plaintiff's Motion was due on May 2, 2008, pursuant to Civil L.R. 16-1(e). Plaintiff's Motion is
22
   now due on Monday, June 2, 2008.
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //

1  This is Plaintiff's first request.

2

3  DATED:   May 2, 2008                     Richard Zieman /s/

4                                           RICHARD ZIEMAN
                                            Attorney for Plaintiff
5

6

7

8  DATED:   May 2, 2008                      Shea L. Bond /s/

9                                           Shea Lita Bond,
                                            Specialist Assistant U.S. Attorney
10

11

12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED:

15

16

17  DATED: May 5, 2008                      _____
                                            JEFFREY S. WHITE
18                                          United States District Judge
19